AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

Shenzhen Dejiayun Network Technology Co., Ltd., a Chinese Corporation

*Plaintiff(s)*

v.

The Partnerships And Unincorporated Associations Identified On Schedule "A"

*Defendant(s)*

Civil Action No. 1:22-cv-22363-RNS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* "Best Choice" and all other Defendants Identified in Schedule 'A' of the Complaint

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Lydia Pittaway
lpittaway@fordbanister.com
Ford Banister IP
305 Broadway - Floor 7
New York NY 10007
Telephone +1 212-500-3268

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: 10/14/2022

Angela E. Noble
Clerk of Court

s/ Lisa I. Streets
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:22-cv-22363-RNS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  "Best Choice" and all other Defendants Identified in Sch. A
was received by me on *(date)* 10/14/2022 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ;r

☑ Other: I certify that per this Court's order on Sept. 16, 2022 (D.E. 22), I sent an email with a link to https://fordbanister.com/case-no-22-cv-22363-rns-shenzhen-dejiayun/ by email to the email addresses contained in Schedule A (D.E. 18-3) and any email address provided for Defendants by third parties with: Summons (D.E. 33); Complaint (D.E. 1), Schedule "A" (D.E. 18-3) on Oct. 15, 2022.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/17/2022

Lydia Pittaway
*Server's signature*

Lydia Pittaway, Attorney
*Printed name and title*

305 Broadway - Floor 7, New York, NY 10007

*Server's address*

Additional information regarding attempted service, etc:

Print    Save As...    Reset